

Gregory A. Akers
P.O. Box 26219
San Diego, CA 92196
858/635-9350

**Chapter 7 Trustee**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

In Re: ROBERT and LILLIAN DIAZ, Debtors                              Case No. 09-05985-M7

### REPORT OF ABANDONMENT OF REAL PROPERTY

Pursuant to Bankruptcy Local Rule 6007, the Trustee hereby reports that due notice of the Trustee's intent to abandon the property described herein was mailed to the debtors, the debtors' attorney and such other parties as required by Bankruptcy Local Rule 6007. The time for filing a request for hearing has expired without an objection or request for hearing having been received by the undersigned. The Trustee hereby abandons and forever disclaims any further interest in and to the following described real property of the debtors herein, to wit:

| | | |
|---|---|---|
| 323 Circulo Coronado<br>Chula Vista, CA 91914 | 10201 Stone Point Lane<br>Spring Valley, CA 91977 | 848 Orion Way<br>San Marcos, CA 92078 |

The right of possession of the abandoned property is hereby relinquished to the debtors at no cost to the undersigned. This abandonment is subject to and without prejudice to any rights of any entity holding a valid lien against the property or of any right of redemption that may be exercised by the debtors under 11 U.S.C. Section 722.

I hereby declare under penalty of perjury that the foregoing statements are true to the best of my knowledge and belief.

Date: October 1, 2009

_Gregory A. Akers_
Gregory A. Akers, Trustee

### PROOF OF SERVICE BY MAIL

I, the undersigned, declare that I caused to be served the foregoing Report of Abandonment of Real Property on:

| | | |
|---|---|---|
| City of San Marcos<br>1 Civic Center Drive<br>San Marcos, CA 92069 | Country Wide Home Loan<br>P.O. Box 10229<br>Van Nuys, CA 91410-0229 | Downey Savings<br>3501 Jamboree Rd.<br>Newport Beach, CA 92660 |

Indymac Bankr
P.O. Box 78826
Phoenix, AZ 85062-9926

by U.S. mail, postage prepaid. I declare under penalty of perjury that the foregoing is true and correct. Executed on October 2, 2009, at Antlers, Oklahoma.

Signature: _R. J. Stephenson_
R. J. Stephenson